UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **Hon. Jose L. Linares** |
| | : |
| v. | : **Crim. No. 09-322 (JLL)** |
| | : |
| **GEORGE MOSELY** | : <u>**Continuance Order**</u> |

This matter having come before the Court on the joint application of Ralph J.

Marra, Jr., Acting United States Attorney for the District of New Jersey (by Charlton A. Rugg,

Assistant U.S. Attorney), and defendant George Mosely (by David Holman, AFPD) for an order

granting a continuance of the proceedings in the above-captioned matter for a period of 60 days,

and the defendant being aware that he has a right to have the matter brought to trial within 70

days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of

the United States Code, Section 3161(c)(1), and as the defendant has consented to this

continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for

the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the

defendant desire additional time to finalize a plea agreement, which would render trial of this

matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of

justice served by granting the continuance outweigh the best interests of the public and the

defendant in a speedy trial.

WHEREFORE, on this __25__ day of August, 2009,

IT IS ORDERED that the period from August 20, 2009, through October 19,

2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to

Title 18, United States Code, Section 3161(h)(7).


HON. JOSE L. LINARES
United States District Judge

Form and entry consented to:


Charlton A. Rugg, AUSA


David Holman, AFPD